FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

57802
(Inmate Number)

ADAM MOSON
(Name of Plaintiff)

York County Prison MED #4
(Address of Plaintiff)

RECEIVED
SCRANTON
SEP 29 2000
PER
DEPUTY CLERK

090800 /B
(Case Number)

9/14/00

COPY

vs.

Tom Hogan

R. Thomas

(Names of Defendants)

COMPLAINT

1:CV 01-1189

FILED
SCRANTON
JUN 29 2001

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS PER
                                                              DEPUTY CLERK

I.  Previous Lawsuits

    A.  If you have filed any other lawsuits in federal court while a prisoner please list the caption
        and case number including year, as well as the name of the judicial officer to whom it w
        assigned:

        _____
        _____
        _____
        _____

II. Exhaustion of Administrative Remedies

    A.  Is there a grievance procedure available at your institution?
        ✓ Yes    ___ No

    B.  Have you filed a grievance concerning the facts relating to this complaint?
        ✓ Yes    ___ No

        If your answer is no, explain why not _____

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A.  Defendant _Tom Hogan_ is employed as _Warden_ at _York County Prison_

B.  Additional defendants _R. Thomas - Deputy Warden at York County Prison_

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. ~~I fell out of the top bunk in "BAU" and they broke.~~ There were no lights on. I feel to the bottom bunk. I went to the bathroom and spit and my top teeth were broken and they went down the comode. They were there when this happen.

2. The 2 wardons where there. I want them replaced. I can't eat or anything without my teeth.

3.

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Replace my Broken Dentures.

2. Either Replace my Dentures or Ship me Back to my Country So I can get them fixed or Back to Phili 1913 Clarence St Phila PA 19134 cause that is where my wife and kids are

3. 

Signed this __26__ day of __SEPT__, 2000.

_Adam Jan Mosom_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

09-26-00                    _Adam Jan Mosom_
(Date)                      (Signature of Plaintiff)

# York County Prison
## Complaint Review System
### (805 A) Deputy Warden Response

TO: Adam Moore 57802   Complaint Register # 090800 B
Inmate Name

NSC  (MOD 4)   Date 9/14/00
Inmate Location

I have reviewed your grievance and my response is as follows:

York County Prison does not provide partial dentures for inmates.
TNS has not approved a partial denture.

Inmate Keeps Yellow Copy
Send Original & Pink To Deputy Warden

_David Thomas_
Deputy Warden