Adam Jan Moson
CTY-YORK
York County Prison
57802
3400 Concord Road
York, PA 17402


        Re: 1:01-cv-01189
             *Ramus/Pitts*

--------------------------------------------


--------------------------------------------

Please file all pleadings directl
the assigned Judge is located. D
with the Judge's Chambers.

JUDICIAL OFFICERS:

Judge Sylvia H. Rambo
Judge Yvette Kane
Judge William W. Caldwell
Magistrate Judge J. Andrew Smyser

--------------------------------------------


Chief Judge Thomas I. Vanaskie
Judge A. Richard Caputo
Judge James M. Munley
Judge William J. Nealon
Judge Richard P. Conaboy
Judge Edwin M. Kosik
Magistrate Judge Malachy E. Manni
Magistrate Judge Thomas M. Blewit

--------------------------------------------


Judge James F. McClure
Judge Malcolm Muir

*Prison Litu.
Standing Practice
Order*