See Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADAM MOSON, | : | |
| Plaintiff | : | CIVIL NO. 1:CV-01-1189 |
| | : | |
| v. | : | (Judge Rambo) |
| | : | |
| TOM HOGAN, et. al., | : | |
| Defendants | : | |

**FILED**
HARRISBURG, PA

JUL 3 1 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

Plaintiff, an inmate who was confined at York County Prison in York, Pennsylvania, filed this civil rights action pursuant to 42 U.S.C. § 1983. The Clerk of Court mailed to plaintiff a copy of the standing practice order and application to proceed in forma pauperis; (Doc. 2 and 3) but the mail was returned and marked "return to sender." The Clerk of Court confirmed with York County prison staff that Moson has not been there since October, 2000. Pllaintiff has failed to inform the court of his correct address. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's complaint (Doc. 1) is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. Rule 41(b).

2. The Clerk of Court is directed to close this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

_____
WILLIAM W. CALDWELL
United States District Judge
On behalf of Judge Rambo

Dated: July 31, 2001.

Certified from the record
Date 7/31/01
Mary E. D'Andrea, Clerk

Per _____
Deputy Clerk

```
           UNITED STATES DISTRICT COURT
                     FOR THE
           MIDDLE DISTRICT OF PENNSYLVANIA

           * * MAILING CERTIFICATE OF CLERK * *

                    July 31, 2001
```

Re:  1:01-cv-01189   Moson v. Hogan

True and correct copies of the attached were mailed by the clerk to the following:

```
    Adam Jan Moson
    CTY-YORK
    York County Prison
    57802
    3400 Concord Road
    York, PA  17402
```

```
cc:
Judge                       (✓)      (✓) Pro Se Law Clerk
Magistrate Judge            ( )      ( ) INS
U.S. Marshal                ( )      ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 ( )
Ctroom Deputy               ( )
Orig-Security               (✓)
Federal Public Defender     ( )
Summons Issued              ( )  with N/C attached to complt. and served by:
                                 U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5         ( )
Order to Show Cause         ( )  with Petition attached & mailed certified mail
                                 to: US Atty Gen  ( )   PA Atty Gen ( )
                                     DA of County ( )   Respondents ( )
Bankruptcy Court            ( )
Other_____ ( )
                                            MARY E. D'ANDREA, Clerk

DATE:  7/31/01                      BY: _____
                                            Deputy Clerk
```