

Adam Jan Moson
CTY-YORK
York County Prison
57802
3400 Concord Road
York, PA  17402

Re: 1:01-cv-01189

------------------------------

------------------------------

Please file all pleadings directly with the Clerk's Office in which the assigned Judge is located. Do not file any courtesy copies with the Judge's Chambers.

| JUDICIAL OFFICERS: | CLERK'S OFFICE ADDRESS: |
|---|---|
| Judge Sylvia H. Rambo<br>Judge Yvette Kane<br>Judge William W. Caldwell<br>Magistrate Judge J. Andrew Smyser | U.S. District Court<br>228 Walnut Street<br>P.O. Box 983<br>Harrisburg, PA  17108 |
| Chief Judge Thomas I. Vanaskie<br>Judge A. Richard Caputo<br>Judge James M. Munley<br>Judge William J. Nealon<br>Judge Richard P. Conaboy<br>Judge Edwin M. Kosik<br>Magistrate Judge Malachy E. Mannion<br>Magistrate Judge Thomas M. Blewitt | U.S. District Court<br>235 N. Washington Ave.<br>P.O. Box 1148<br>Scranton, PA  18501 |
| Judge James F. McClure<br>Judge Malcolm Muir | U.S. District Court<br>240 West Third Street<br>Suite 218<br>Williamsport, PA  17701 |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ADAM MOSON,
      Plaintiff

      v.

TOM HOGAN, et. al.,
      Defendants

CIVIL NO. 1:CV-01-1189

(Judge Rambo)

FILED
HARRISBURG, PA
JUL 3 1 2001
MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

### ORDER

Plaintiff, an inmate who was confined at York County Prison in York, Pennsylvania, filed this civil rights action pursuant to 42 U.S.C. § 1983. The Clerk of Court mailed to plaintiff a copy of the standing practice order and application to proceed in forma pauperis; (Doc. 2 and 3) but the mail was returned and marked "return to sender." The Clerk of Court confirmed with York County prison staff that Moson has not been there since October, 2000. Pllaintiff has failed to inform the court of his correct address. Accordingly, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's complaint (Doc. 1) is dismissed without prejudice for failure to prosecute pursuant to Fed. R. Civ. P. Rule 41(b).

2. The Clerk of Court is directed to close this case.

3. Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

_William W. Caldwell_
WILLIAM W. CALDWELL
United States District Judge
On behalf of Judge Rambo

Certified from the record
Date 7\3\01
Mary E. D'Andrea, Clerk
Per _____
Deputy Clerk

Dated: July 31, 2001.